STATE OF NEW JERSEY v. MICHAEL BROWN.

June 10, 1981.

Petition for certification denied.

JOSEPH Y. BLOOM v. JEWISH EDUCATION CENTER.

June 10, 1981.

Petition for certification denied.

JOSEPH Y. BLOOM v. JEWISH EDUCATION CENTER.

June 10, 1981.

Cross-petition for certification denied.

MARTIN SAVAD v. DEPARTMENT OF CORRECTIONS.

June 10, 1981.

Petitions for certification denied.   (See 178 *N.J.Super.* 386)

LINDA PITERA v. JUDITH A. REILLEY.

June 10, 1981.

Petition for certification denied.